IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

AUTOS, INC.,

       Defendant/Appellant/Cross-Appellee,

Vs.                                             No. 03-4116-SAC

KRISTEN KAE GOWIN,

       Plaintiff/Appellee/Cross-Appellant.

MEMORANDUM AND ORDER

In accordance with the order of remand and judgment of the Tenth Circuit in this case, filed August 8, 2007, this case is hereby dismissed with prejudice.

SO ORDERED.

Dated this 18th day of September, 2007, Topeka, Kansas.

                                   s/ Sam A. Crow
                                   Sam A. Crow, U.S. District Senior Judge